**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2085**

JOSEPH CRUSSIAH,

                Plaintiff - Appellant,

        v.

CAROLYN W. COLVIN, Acting Commissioner, Social Security,

                Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Thomas M. DiGirolamo, Magistrate Judge.
(8:12-cv-02307-TMD)

Submitted:  December 18, 2014      Decided:  December 22, 2014

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph Crussiah, Appellant Pro Se.   Stacey Winakur Harris,
SOCIAL SECURITY ADMINISTRATION, Baltimore, Maryland, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Crussiah appeals the magistrate judge's order granting summary judgment to Appellee.[*] On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Crussiah's informal brief does not challenge the basis for the district court's disposition, Crussiah has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to the exercise of jurisdiction by the magistrate judge pursuant to 28 U.S.C. § 636(c) (2012).

2